UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ANDRE HOLLEY,

                        Plaintiff,

          v.

CITY OF NEW YORK et al.,

                      Defendants.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/08

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

08 Civ. 3024 (GEL) (FM)

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Settlement*

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

      Purpose:_____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

      Particular Motion:_____

      All such motions: ____

\* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
               April 4, 2008

                                                  GERARD E. LYNCH
                                                United States District Judge